## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Catchings, Margaret Y

Printed:  8/12/08

Case Number:  06 B 09733
Judge:  Squires, John H
Filed:  8/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed - No Disch:  February 28, 2008
Confirmed:  November 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,789.83 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,966.86 |
| Priority: |  | 2,501.88 |
| Administrative: |  | 2,524.00 |
| Trustee Fee: |  | 443.41 |
| Other Funds: |  | 353.68 |
| Totals: | 8,789.83 | 8,789.83 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,524.00 | 2,524.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 5,626.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 2,501.88 | 2,501.88 |
| 5. | AT&T Wireless | Unsecured | 518.32 | 518.32 |
| 6. | Asset Acceptance | Unsecured | 1,034.79 | 1,034.79 |
| 7. | Capital One | Unsecured | 1,162.90 | 1,162.90 |
| 8. | Pramco IV LLC | Unsecured | 11,973.85 | 0.00 |
| 9. | B-Line LLC | Unsecured | 250.85 | 250.85 |
| 10. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 11. | Check Protection System | Unsecured |  | No Claim Filed |
| 12. | F & W LLC | Unsecured |  | No Claim Filed |
| 13. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 14. | Omni Credit Service | Unsecured |  | No Claim Filed |
| 15. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 16. | Wexler & Wexler | Unsecured |  | No Claim Filed |
| 17. | AFNI | Unsecured |  | No Claim Filed |
| 18. | Sec & G Cred | Unsecured |  | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,592.59 | $ 7,992.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 97.19 |
| 5.4% | 346.22 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Catchings, Margaret Y

Printed:  8/12/08

Case Number:  06 B 09733

Judge:  Squires, John H

Filed:  8/10/06

_____
$ 443.41

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: